IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BROCK WILSON, #04711-087**　　　　　　　　　　　　　　　　　　**PETITIONER**

**VERSUS**　　　　　　　　　　　　　**CIVIL ACTION NO. 5:07-cv-96-DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo City**　　　　　　　**RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

This the   11th   day of  June, 2007.

　　　　　　　　　　　　　　　　　　　　　s/ David Bramlette
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE